UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA      P-SEND
CIVIL MINUTES - GENERAL

CASE NO: **CV 04-7775-RGK (MCx)**          DATE: October 22, 2004

TITLE: *RADCLIFF DONGELL LAWRENCE LLP v. RICHARD DONGELL, et al.*

PRESENT:  **THE HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE**

| Sharon L. Williams | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEY FOR PLAINTIFF:           ATTORNEY FOR DEFENDANT:

Not Present                                      Not Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court, on its own motion, hereby **ORDERS** defendants to show cause in writing no later than **November 1, 2004** why the Motion to Dismiss or Stay, filed on October 22, 2004, on behalf of all defendants, should not be stricken as untimely.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by defendants is due.

**IT IS SO ORDERED.**

MINUTES
CIVIL - GEN                             Initials of Deputy Clerk slw



DOCKETED ON CM
OCT 2 6 2004
BY _____ 004