SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 04-7775-RGK (MCx)                               Date   November 3, 2004

Title   ***RADCLIFF DONGELL LAWRENCE LLP v. RICHARD DONGELL, et al.***

Present: The Honorable   R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not present                                           Not present

**Proceedings:**          **(IN CHAMBERS)  ORDER**

The Order to Show Cause why the motion to dismiss or stay should not be dismissed as untimely, filed on October 22, 2004, is hereby **DISCHARGED.**

**IT IS SO ORDERED.**

DOCKETED ON CM

NOV - 8 2004

BY _____ 013

Initials of Preparer   sew

CV-90 (06/04)                          **CIVIL MINUTES - GENERAL**                          Page 1 of 1