SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-7775-RGK (MCx) | Date | December 2, 2004 |
|---|---|---|---|

| Title | ***RADCLIFF DONGELL LAWRENCE LLP v. RICHARD DONGELL, et al.*** |
|---|---|

Present: The Honorable  R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not present   Not present

**Proceedings:**   **(IN CHAMBERS) ORDER**

The Order to Show Cause re Lack of Jurisdiction, filed on October 22, 2004, is hereby **DISCHARGED.**

**IT IS SO ORDERED.**



Initials of Preparer  slw