

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 6 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RADCLIFF DONGELL LAWRENCE LLP          )          No. CV 04-7775-RGK (MCx)
                                       )
                                       )
              Plaintiff(s),            )
                                       )          ORDER SETTING
        vs.                            )          SCHEDULING CONFERENCE
                                       )
RICHARD DONGELL, et al.,               )
                                       )
              Defendant(s).            )
_____)

This matter is set for a scheduling conference on **April 11, 2005 at 9:00 a.m.** The Conference will be held pursuant to F.R.Civ. P. 16(b). Counsel are ordered to file a joint statement providing a brief factual summary of the case, including the claims being asserted. The parties are reminded of their obligation to disclose information and confer on a discovery plan, not later than 21 days prior to the scheduling conference. The parties shall file their Rule 26(f) report with the Court, not later than 14 days after conferring, and deliver **a conformed courtesy copy** to the Judge's courtesy box, located



DOCKETED ON CM

JAN 2 7 2005

BY

29

outside the clerk's office, Room 181-L at the Roybal Federal Building.  Failure to comply may lead to the imposition of sanctions.

DATED: **JAN 26 2005**

R. Gary Klausner
United States District Judge

SCANNED