P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 04-7775-RGK (MCx)                                Date   April 6, 2005

Title   *RADCLIFF DONGELL LAWRENCE LLP v. RICHARD DONGELL, et al.*

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) DEFENDANT'S MOTION TO DISQUALIFY STEPHAN, ORINGHER, RICHMAN & THEODORA FROM REPRESENTING RADCLIFF DONGELL & LAWRENCE LLP AND FOR DISGORGEMENT OF FEES (DE 30)**

The above-referenced motion set for hearing on April 11, 2005 at 9:00 a.m. is **UNDER SUBMISSION** and taken off the motion calendar. Furthermore, **there shall be no appearance by counsel.** The Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**

Initials of Preparer                    slw

DOCKETED ON CM

APR - 6 2005

BY                    004

36