SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 04-7775-RGK (MCx)                              Date   April 11, 2005

Title   ***RADCLIFF DONGELL LAWRENCE LLP v. RICHARD DONGELL, et al.***

Present: The Honorable   R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Lynne Smith | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven Brower | Jonathan Cole |

**Proceedings:**   **SCHEDULING CONFERENCE**

Court and counsel confer. Scheduling Conference is held. The Court sets the following dates:

| | |
|---|---|
| Last day to add parties or amend complaint: | May 1, 2005 |
| Discovery Cut-Off: | August 8, 2005 |
| Motion Cut-Off (last day to file): | August 24, 2005 |
| Pretrial Conference: | October 24, 2005 at 9:00 a.m. |
| Jury Trial (Est. 5-7 days): | November 1, 2005 at 9:00 a.m. |

**IT IS SO ORDERED.**



DOCKETED ON CM
APR 1 2 2005
BY _____ 001

Initials of Preparer   slw

40