Steven Brower, Esq. (State Bar No. 93568)
Joseph M. Preis, Esq. (State Bar No. 212998)
STEPHAN, ORINGHER, RICHMAN & THEODORA, P.C.
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for Plaintiff
RADCLIFF DONGELL LAWRENCE LLP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| RADCLIFF DONGELL LAWRENCE LLP,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD DONGELL, JOHN LAWRENCE, MATTHEW BURES, JASON BOOTH, THOMAS VANDENBURG, GILDA GIL, HAMID KIAEI, MOLLY SHIELDS and DOES 1-10 Inclusive,,<br><br>Defendant. | Case No. CV-04-7775 RGK (MCx)<br>Honorable R. Gary Klausner, Dept. 850<br><br>**STIPULATION TO ENTRY OF DISMISSAL; [PROPOSED] ORDER**<br><br>Date Action Filed: 9/20/04<br><br>Discovery Cutoff: None Set<br>Motion Cutoff: None Set<br>Trial Date: None Set |

THE PARTIES, by and through their counsel of record, hereby stipulate to dismiss this action, with prejudice, each party to bear its own costs and attorney's fees.

DATED: May 16, 2005         STEPHAN, ORINGHER, RICHMAN & THEODORA, P.C.

By: _____
Steven Brower
Attorneys for Plaintiff RADCLIFF DONGELL LAWRENCE LLP

47

| | | |
|---|---|---|
| 1 | DATED: May 16, 2005 | NEMECEK & COLE |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Jonathan B. Cole |
| 6 | | Attorneys for Defendants |

7  **[PROPOSED] ORDER**

8  The Court, based upon the stipulation of the parties, by and through their counsel
9  of record,

10  IT IS ORDERED, that this case is dismissed, with prejudice, each party to bear
11  its own costs and attorney's fees.

12  
13  DATED: May 24, 2005

14
15  _____
16  United States District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403.

On May 23, 2005, I served the document described as *STIPULATION TO ENTRY OF DISMISSAL; [PROPOSED] ORDER* upon the interested parties in this action in sealed envelopes addressed as follows:

Joseph M. Preis, Esq.
Steven Joel Brower, Esq.
Stephan Oringher Richman & Theordora, P.C.
535 Anton Blvd., 9th Floor
Costa Mesa, CA 92626-7109
714/549-6201 (FAX)

__X__   **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

___   **(By Overnight Delivery)** I deposited this document in the box or other facility located at 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403 regularly maintained by Federal Express, in an envelope designated by Federal Express with delivery fees paid or provided for, addressed to the persons on whom it is to be served, for guaranteed next day delivery.

___   **(By Facsimile Transmission)** I caused the foregoing document to be served by facsimile transmission to each of the interested parties at the facsimile machine telecopy number shown above.

___   **(By Personal Service)** I caused the delivery of such envelope by hand to the offices of the addressee.

Executed on May 23, 2005, at Sherman Oaks, California.

___   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

PIXIE R. KAMINSKY